**08 CRIM 450**

REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Jim Molinelli<br>Docket Clerk | OFFENSE: <u>CONSPIRACY TO IMPORT HEROIN (21 USC 963), IMPORTATION OF COCAINE (21 USC 952 (a). A CLASS C FELONY.</u> |
| | | ORIGINAL SENTENCE: <u>(51) MONTHS IMPRISONMENT ON EACH COUNT TO RUN CONCURRENTLY; THREE (3) YEARS OF SUPERVISED RELEASE</u> |
| FROM: | Kyle Crayton<br>Sr. U.S. Probation Officer | SPEC. CONDITIONS: <u>Continued drug treatment and therapy. Psychological treatment as directed and approved by the Probation Department. Secure and Maintain full time employment.</u> |
| | | AUSA: To be Determined |
| RE: | Michael James<br>Docket # <u>02 CR 1506-2</u> | |

DATE OF SENTENCE: <u>04/08/2004</u>

DATE:   May 9, 2008

ATTACHMENTS:   PSI ____   JUDGMENT <u>X</u>   PREVIOUS REPORTS ____
VIOLATION PETITION

REQUEST FOR:   WARRANT____   SUMMON____   COURT DIRECTION____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 23 2008

---

**ASSIGNMENT FOR TRANSFER OF JURISDICTION**

On April 8, 2004, the above-mentioned individual was sentenced as outlined above in the Eastern District of New York, by the Honorable Raymond J. Dearie, United States District Judge.

On May 6, 2008, we received a letter from the Eastern District of New York, advising that the Honorable Raymond J. Dearie, United States District Judge, signed the Transfer of Jurisdiction Probation Form 22 ordering Mr. James' transfer to the Southern District of New York. At this time we are requesting that this case be assigned to a Judge in the Southern District of New York for acceptance of Transfer of Jurisdiction. **We are also requesting that this case be assigned to Judge Kimba Wood, since Michael James has a violation matter pending before her.**

Enclosed are two (2) original forms of the Transfer of Jurisdiction Probation Form 22. Upon completion, please return both original Forms 22 as they are required for both districts to complete the transfer.

JAMES, MICHAEL                    - 2 -                                    46961/KDC

Your assistance in this matter is greatly appreciated. Should you have any questions or concerns, please contact the undersigned officer.

                                      Respectfully submitted,

                                      Chris J. Stanton
                                      Chief U.S. Probation Officer

By: _____
       Kyle Crayton
       Sr. U.S. Probation Officer
       212-805-5154

Approved By: _____  5/9/08
                Enid Febus                                    Date:
                Supervising U.S. Probation Officer
                (212) 805 - 5074